MICHAEL J. HEYMAN
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB BUTLER AKA "DORT,"<br><br>Defendant. | No.  3:26-cr-00054-TMB-MMS<br><br>COUNT 1:<br>FRAUD AND RELATED ACTIVITY IN CONNECTION WITH COMPUTERS<br>  Vio. of 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B) and 2<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  18 U.S.C. §§ 982, 1031(i), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

INDICTMENT

The Grand Jury charges that:

COUNT 1:

From on or about September 1, 2025 through on or about April 3, 2026, within the

District of Alaska and elsewhere, the defendant, JACOB BUTLER a/k/a "DORT," aided

and abetted and knowingly caused the transmission of a program, information, code, and

command, and, as a result of such conduct, intentionally caused damage without authorization to 10 or more protected computers and causing loss to one or more persons aggregating at least $5,000 in value.

All of which is in violation of 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B) and 2.

### CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1031(i).

Upon conviction of the felony offense charged in Count 1 of this Indictment, the defendant, JACOB BUTLER a/k/a "DORT," shall forfeit to the United States of America, any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of a violation of 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B) and 2, and the defendant's interest in any personal property that was used or intended to be used to commit or to facilitate the commission of such violation.

All pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1031(i), 28 U.S.C. § 2461(c) and

Federal Rule of Criminal Procedure 32.2(a).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Adam Alexander
ADAM ALEXANDER
United States of America
Assistant U.S. Attorney

s/ Christopher Schroeder for
MICHAEL J. HEYMAN
United States of America
United States Attorney

DATE: 6/16/26